THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The OFFICE CANTONAL DES FAILLITES DE LA REPUBLIQUE ET DU CANTON GENEVE, acting in its capacity as representative in the bankruptcy of AMOMA SARL, a Swiss limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>Defendant. | NO. 2:23-cv-00983-BJR<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND ENLARGING PAGE LIMITATIONS |

**STIPULATION**

Plaintiff, the Office Cantonal Des Faillites de la Republique et du Canton Geneve, acting in its capacity as representative in the bankruptcy of Amoma Sarl ("Amoma"), and Defendant, Expedia, Inc. ("Expedia"), hereby stipulate as follows:

WHEREAS, Amoma filed its complaint in this action on July 3, 2023;

WHEREAS, Expedia was served on July 6, 2023;

WHEREAS, pursuant to Rule 12, the present deadline for Expedia to respond to the Complaint was July 27, 2023;

WHEREAS, Expedia anticipates filing a motion to dismiss in this case;

STIPULATION AND ORDER
(Case No. 2:23-cv-00983) - 1

MORGAN LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

1    WHEREAS, due to the complexity of the law concerning federal and state antitrust claims and counsel's previously scheduled summer vacation plans, during which time counsel is unavailable, both parties require additional time to brief Expedia's motion to dismiss;

4    WHEREAS, Plaintiff's complaint asserts claims under the federal and state antitrust laws that involve a number of distinct elements for which there is significant precedent relating to each element of Plaintiff's claims;

7    WHEREAS, Expedia believes that a succinct description of the issues and pertinent case law on each element would be useful to the Court in evaluating the motion and that such a description will require more than the standard 15-page limit due to the complexity of this area of the law;

10   WHEREAS, the parties believe that the legal issues presented in this case are sufficiently complex to merit a 5-page enlargement to this Court's normal page limits and hereby stipulate and agree to an extended briefing schedule and expanded page limits for briefing Expedia's anticipated motion to dismiss, subject to the Court's approval under the standards set forth in this Court's Standing Order, Section II.A. and D.;

15   WHEREAS, the parties plan to meet and confer concerning the anticipated motion to dismiss prior to the filing, as required by this Court's Standing Order, Section II.F.;

17   WHEREAS, the requested relief will not affect any current deadlines in the case.

18   NOW THEREFORE, the parties stipulate to the following:

19   1.    To extend the deadline for the Expedia to respond to the Complaint by thirty-four days, from July 27, 2023, to August 30, 2023; Amoma shall have until October 20, 2023, to file its response to Expedia's motion to dismiss, and Expedia shall have until November 17, 2023, to file its reply, if any;

23   2.    to allow each side twenty pages for the motion to dismiss and opposition; and

24   3.    to stay all discovery, including the conduct of a Rule 26(f) conference, pending the Court's ruling on Expedia's motion to dismiss.

STIPULATION AND ORDER
(Case No. 2:23-cv-00983) - 2

MORGAN LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

**STIPULATED AND AGREED TO** this 19th day of July, 2023.

| KELLER ROHRBACK, LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By */s/ Lynn Lincoln Sarko*<br>Lynn Lincoln Sarko, WSBA No. 16569<br>Ryan P. McDevitt, WSBA No. 43305<br>Adele A. Daniel, WSBA No. 53315<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>(206) 623-1900 | Phone<br>E-mails: lsarko@kellerrohrback.com<br>          rmcdevitt@kellerrohrback.com<br>          adaniel@kellerrohrback.com | By */s/ Angelo J. Calfo*<br>Angelo J. Calfo, WSBA No. 27079<br>Gabriel Reilly-Bates, WSBA No. 52257<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>(206) 274-6400 | Phone<br>Emails: angelo.calfo@morganlewis.com;<br>          gabriel.reillybates@morganlewis.com<br><br>*Attorneys for Defendant, Expedia, Inc* |

By */s/ Gary A. Gotto*
Gary A. Gotto, (*pro hac vice* application pending)
3101 N Central Ave., Suite 1400
Phoenix, AZ 85012
(602) 248-0088 | Phone
E-mail: ggotto@kellerrohrback.com

*Attorneys for Plaintiff, the Office Cantonal Des Faillites de la Republique et du Canton Geneve, acting in its capacity as representative in the bankruptcy of Amoma Sarl*

STIPULATION AND ORDER
(Case No. 2:23-cv-00983) - 3

MORGAN LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200  FAX, (206) 407-2224

**ORDER**

Having considered the parties' stipulation, and good cause having been demonstrated, the Court hereby orders that Defendant Expedia's motion to dismiss Plaintiff Amoma's Complaint be filed on or before August 30, 2023. Amoma shall have until October 20, 2023, to file its opposition, and Expedia shall have until November 17, 2023, to file its reply.

Moreover, Expedia shall have twenty pages for its motion to dismiss, and Amoma shall have twenty pages for its opposition.

Discovery, including the conduct of a Rule 26(f) conference, shall be stayed until this Court issues its ruling on Expedia's motion to dismiss.

**IT IS SO ORDERED.**


Dated this 24th day of July, 2023.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

**MORGAN, LEWIS & BOCKIUS LLP**

By /s/ Angelo J. Calfo
Angelo J. Calfo, WSBA No. 27079
Gabriel Reilly-Bates, WSBA No. 52257
1301 Second Avenue, Suite 2800
Seattle, WA 98101
(206) 274-6400 | Phone
E-mails: angelo.calfo@morganlewis.com;
          gabriel.reillybates@morganlewis.com

STIPULATION AND ORDER
(Case No. 2:23-cv-00983) - 4

MORGAN LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224