1

2                                            THE HONORABLE BARBARA J. ROTHSTEIN

3

4

5

6

7

8

9                        IN THE UNITED STATES DISTRICT COURT
                        FOR THE WESTERN DISTRICT OF WASHINGTON
10                                      AT SEATTLE

11   The OFFICE CANTONAL DES FAILLITES        Case No. 2:23-cv-00983-BJR
     DE LA REPUBLIQUE ET DU CANTON
12   GENEVE, acting in its capacity as representative
     in the bankruptcy of AMOMA SARL, a Swiss
13   limited liability company,                   **STIPULATION AND ORDER FOR
                                                  WITHDRAWAL AND SUBSTITUTION
14                        Plaintiff,              OF COUNSEL**

15          v.                                    NOTED: DECEMBER 17, 2024

16   EXPEDIA, INC.,

17                        Defendant.

18

19

20          Pursuant to Local Rule 83.2(b)(1), defendant Expedia, Inc. moves for leave of Court to

21   permit Angelo J. Calfo of Angeli & Calfo LLC to substitute in as counsel for Expedia, Inc. in place

22   of attorneys Ari Sillman and Gabe Reilly Bates and Morgan, Lewis & Bockius LLP ("MLB"). Mr.

23   Calfo is no longer an attorney with MLB and has joined Angeli & Calfo LLC, and this substitution

24   is to allow Mr. Calfo to continue as counsel for Expedia, Inc.  Expedia, Inc. will continue to be

25   represented by the below-referenced attorneys from Covington & Burling LLP. Plaintiff has no

26   objection to this withdrawal and substitution.

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
(Case No. 2:23-cv-00983-BJR)

DATED:  December 17, 2024

**ANGELI & CALFO LLC**

By: *s/ Angelo J. Calfo*
Angelo J. Calfo, WSBA #27079
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Phone: (206) 229-3441
Email: angelo@angelicalfo.com

*Substituting Attorneys for Defendant Expedia, Inc.*

**COVINGTON & BURLING LLP**

By: *s/ Thomas O. Barnett*
Thomas O. Barnett, *pro hac vice*
Jeffeline Ermilus, *pro hac vice*
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Phone: (202) 662-5407
Email: tbarnett@cov.com
            jermilus@cov.com

*Attorneys for Defendant Expedia, Inc.*

DATED:  December 17, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Ari Sillman*
Angelo J. Calfo, WSBA #27079
Gabriel Reilly-Bates, WSBA #52257
Ari M. Sillman WSBA # 60798
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
angelo.calfo@morganlewis.com
gabriel.reillybates@morganlewis.com
ari.sillman@morganlewis.com

*Withdrawing Attorneys for Defendant Expedia, Inc.*

1   DATED:  December 17, 2024

2                                                   **KELLER ROHRBACK LLP**

3                                                   By: _s/ Gary Gotto_
                                                    Gary A Gotto
4                                                   3101 North Central Ave, Ste 1400
                                                    Phoenix, AZ 85012
5                                                   602-248-0088
                                                    Fax: 602-248-2822
6                                                   Email: ggotto@kellerrohrback.com
7                                                     *Attorneys for Plaintiff*

8                                                   **KELLER ROHRBACK LLP (WA)**
                                                    By: _s/ Lynn Sarko_
9                                                   Lynn Lincoln Sarko
                                                    Adele Daniel
10                                                  Andrew Lindsay
                                                    Ryan McDevitt
11                                                  1201 3rd Ave, Ste 3400
12                                                  Seattle, WA 98101-3052
                                                    206-623-1900
13                                                  Fax: 206-623-3384
                                                    Email: lsarko@kellerrohrback.com
14                                                         adaniel@kellerrohrback.com
                                                          alindsay@kellerrohrback.com
15                                                        rmcdevitt@kellerrohrback.com
16
17                                                    *Attorneys for Plaintiff*
18  [Order on next page]
19
20
21
22
23
24
25
26

ANGELI & CALFO LLC
ATTORNEYS AT LAW
1700 SEVENTH AVE, STE 2100
SEATTLE, WASHINGTON 98101
TEL.206.229.3441

1

2

**ORDER**

3

Based on the above stipulation of the parties, and good cause appearing, it is hereby

4

ORDERED that Angelo J. Calfo of Angeli & Calfo LLC shall be substituted in as counsel for

5

Expedia, Inc. for withdrawing attorneys Ari Sillman and Gabe Reilly Bates of Morgan Lewis &

6

Bockius LLP.  All further pleadings and notices in this case shall be served upon Mr. Calfo at the

7

addresses set forth above.

8

Dated this 18th of December, 2024.

9

10

Barbara Jacobs Rothstein
U.S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 4
(Case No. 2:23-cv-00983-BJR)