THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| The OFFICE CANTONAL DES FAILLITES DE LA REPUBLIQUE ET DU CANTON GENEVE, acting in its capacity as representative in the bankruptcy of AMOMA SARL, a Swiss limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPEDIA, INC.,<br><br>            Defendant. | Case No.: 2:23-cv-00983-BJR<br><br>**ORDER GRANTING JOINT MOTION FOR ISSUANCE OF HAGUE CONVENTION REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN THE FEDERAL REPUBLIC OF GERMANY** |

Having considered the Joint Motion of Plaintiff The Office Cantonal des Faillites de la République et du Canton Genève, acting in its capacity as representative in the bankruptcy of AMOMA SARL, a limited liability company, and Defendant Expedia, Inc. (collectively, the "Parties") for Issuance of Hague Convention Requests for International Judicial Assistance to Obtain Evidence in the Federal Republic Of Germany, and all materials submitted in support thereof, it is HEREBY ORDERED that the Motion is GRANTED.

//

//

//

ORDER GRANTING JOINT MOTION
FOR ISSUANCE OF HAGUE CONVENTION REQUESTS
FOR INTERNATIONAL JUDICIAL ASSISTANCE - 1
(2:23-cv-00983-BJR)

**ANGELI & CALFO LLC**
ATTORNEYS AT LAW
701 PIKE STREET, STE 1625
SEATTLE, WASHINGTON 98101
TEL.206.703.4810

The Parties may seek the production of true and complete copies of documents from trivago N.V. identified in the respective Requests for International Judicial Assistance addressed to the appropriate authorities in the Federal Republic of Germany as permitted by 28 U.S.C. § 1781(b)(2) and applicable law and treaty. The Court will issue letters of request in the form submitted with the Motion.

DATED this 14th day of March, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING JOINT MOTION
FOR ISSUANCE OF HAGUE CONVENTION REQUESTS
FOR INTERNATIONAL JUDICIAL ASSISTANCE - 2
(2:23-cv-00983-BJR)

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 PIKE STREET, STE 1625
SEATTLE, WASHINGTON 98101
TEL.206.703.4810