THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| The OFFICE CANTONAL DES FAILLITES DE LA REPUBLIQUE ET DU CANTON GENEVE, acting in its capacity as representative in the bankruptcy of AMOMA SARL, a Swiss limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPEDIA, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 2:23-cv-00983-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME ON PRETRIAL DEADLINES** |

This matter, coming to be heard on the Stipulated Motion for an Extension of Pretrial Deadlines (hereafter, the "Motion"), filed in the above-captioned matter, due notice having been given, the Parties being in agreement, and for good cause shown,

**IT IS HEREBY ORDERED** that: (i) the Motion is **GRANTED** for the reasons stated therein; and (ii) the previous Order Setting Trial Dates and Related Dates, ECF No. 30, shall be amended to reflect the following amended deadlines:

| | |
|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | April 20, 2026 |
| Discovery completed by | May 19, 2026 |
| All dispositive motions must be filed by | June 22, 2026 |
| All motions *in limine* must be filed by | October 13, 2026 |

ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME ON PRETRIAL DEADLINES - 1
2:23-cv-00983-BJR

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810

| Joint Pretrial Statement | October 26, 2026 |
|---|---|
| Pretrial conference | November 6, 2026 |
| Jury trial date | November 30, 2026 |

SO ORDERED this 11th day of August, 2025.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

**ANGELI CALFO LLP**

By: */s/ Angelo J. Calfo*
Angelo J. Calfo, WSBA #27079
Peter D. Hawkes, WSBA #56794
701 Pike St, Suite 1625
Seattle, WA 98101
Tel: (206) 703-4801
angelo@angelicalfo.com
peter@angelicalfo.com

**COVINGTON & BURLING LLP**

By: */s/ Thomas O. Barnett*
Thomas O. Barnett (admitted *pro hac vice*)
Shadman Zaman (admitted *pro ha vice*)
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Tel: (202) 662-5407
Fax: (202) 778-5407
tbarnett@cov.com
szaman@cov.com

Cortlin H. Lannin (admitted *pro hac vice*)

ORDER GRANTING STIPULATED MOTION
FOR AN EXTENSION OF TIME ON PRETRIAL
DEADLINES - 2
2:23-cv-00983-BJR

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810

Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105

*Attorneys for Defendant, Expedia, Inc.*

**KELLER ROHRBACK LLP**

By: /s/ Gary A. Gotto
Gary A. Gotto (admitted *pro hac vice*)
3101 North Central Ave., Ste. 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
ggotto@kellerrohrback.com


By: /s/ Lynn Lincoln Sarko
Lynn Lincoln Sarko, WSBA #16569
Adele Daniel, WSBA #53315
Andrew Lindsay, WSBA #60386
Ryan McDevitt, WSBA #43305
1201 3rd Ave., Ste. 3400
Seattle, WA 98101-3052
Tel: (206) 623-1900
lsarko@kellerrohrback.com
adaniel@kellerrohrback.com
alindsay@kellerrohrback.com
rmcdevitt@kellerrohrback.com

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION
FOR AN EXTENSION OF TIME ON PRETRIAL
DEADLINES - 3
2:23-cv-00983-BJR

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810