The Honorable Barbara J. Rothstein

CERTIFIED TRUE COPY
ATTEST: JOSHUA C. LEWIS
Clerk, U.S. District Court
Western District of Washington
By Carrie J. Smith
Deputy Clerk

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – SEATTLE

| | |
|---|---|
| The OFFICE CANTONAL DES FAILLITES DE LA REPUBLIQUE ET DU CANTON GENEVE, acting in its capacity as representative in the bankruptcy of AMOMA SARL, a Swiss limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EXPEDIA, INC.,<br><br>Defendant. | No. 2:23-cv-00983-BJR<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF HAGUE CONVENTION REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN THE REPUBLIC OF SINGAPORE<br><br>[PROPOSED] |

Having considered the Joint Motion of Plaintiff The Office Cantonal des Faillites de la République et du Canton Genève, acting in its capacity as representative in the bankruptcy of AMOMA SARL, a limited liability company, and Defendant Expedia, Inc. (collectively, the "Parties") for Issuance of Hague Convention Requests for International Judicial Assistance to Obtain Evidence in the Republic of Singapore, and all materials submitted in support thereof, it is HEREBY ORDERED that the Motion is GRANTED.

Defendant Expedia, Inc. may seek the production of true and complete copies of documents from Trip.com Travel Singapore Pte. Ltd. ("Trip.com") identified in the Requests

ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF HAGUE CONVENTION REQUESTS
CASE NO. 2:23-cv-00983-BJR

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

for International Judicial Assistance addressed to the appropriate authorities in the Republic of Singapore as permitted by 28 U.S.C. § 1781(b)(2) and applicable law and treaty. The Court will issue letters of request in the form submitted with the Motion.

Dated this 14th day of January, 2026.

*[signature: Kate Vaughan]*
HONORABLE S. KATE VAUGHAN
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF
HAGUE CONVENTION REQUESTS
CASE NO. 2:23-cv-00983-BJR

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810